UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDRICK RAYFORD | CIVIL ACTION |
| VERSUS | NO. 11-2206 |
| SHERATON OPERATING CORP., D/B/A SHERATON NEW ORLEANS | SECTION "N" (5) |

### ORDER

**IT IS ORDERED** that Plaintiff's motion for voluntary dismissal (Rec. Doc. 30) is granted to the extent that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. To the extent that Defendant seeks to recover costs and/or attorney's fees, it shall file a properly supported motion, addressing entitlement and quantum, and providing pertinent citations of legal authority and supporting documentation, no later than Tuesday, October 9, 2012.

On the showing made, **IT IS FURTHER ORDERED** that Plaintiff's request for oral argument (Rec. Doc. 33) relative to his motion to dismiss is **DENIED**.

New Orleans, Louisiana, this 28th day of September 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**